Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Missouri inmate Arthur Greenwood appeals the district court's[1] pre-service dismissal of his civil complaint. Having carefully reviewed the record and appellant's brief, we agree with the district court that the relief Greenwood seeks must be pursued in a 28 U.S.C. § 2254 petition after he exhausts his available state-court remedies. Accordingly, we affirm, but we modify the dismissal to be without prejudice as to all claims. *See* 8th Cir. R. 47B.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Lloyd Holmes appeals the district court's[1] dismissal of his complaint. Having carefully reviewed the record and the parties' submissions, we agree with the district court that it lacked jurisdiction over Holmes's action. *See Duncan v. Dep't of Labor,* 313 F.3d 445, 446 (8th Cir.2002) (per curiam) (de novo review of dismissal for lack of subject matter jurisdiction).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Holmes's pending motions.

**Lloyd HOLMES, Appellant,**

v.

**Elaine CHAO, Secretary, Department of Labor, Appellee.**

No. 02–3335.

United States Court of Appeals, Eighth Circuit.

Submitted April 15, 2003.

Decided April 25, 2003.

**Larry CASE, Appellant,**

v.

**CONTINENTAL CASUALTY COMPANY, Appellee.**

No. 02–3764.

United States Court of Appeals, Eighth Circuit.

Submitted April 22, 2003.

Decided April 28, 2003.

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.